

## Orange County Clerk - Court Records Search

### 2024-CA-008089-O : SMITH, THERESA vs. FRONTIER AIRLINES, INC.

| | | | |
|---|---|---|---|
| Case Type: | CA - Discrimination - Employment or Other | Date Filed: | 9/11/2024 |
| Location: | Div 33 | UCN: | 482024CA008089A001OX |
| Judge: | Patricia L Strowbridge | Status: | Pending |
| Citation Number: | CA - Discrimination - Employment or Other | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| THERESA SMITH | Plaintiff | MARIE MATTOX | 850-383-4800 |
| FRONTIER AIRLINES, INC. | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 12/16/2024 | Summons Returned Served<br><br>Comments: FRONTIER AIRLINES, INC | 2 |
| 12/12/2024 | Summons Issued Electronically as to<br><br>Comments: EMAILED ATTY | 1 |
| 12/11/2024 | General Standing Case Management Plan/Order | 24 |
| 9/12/2024 | Service Document Unable to be Issued<br><br>Comments: STANDING CASE MANAGEMENT PLAN WAS NOT PROVIDED | |
| 9/11/2024 | Complaint | 9 |
| 9/11/2024 | Civil Cover Sheet | 3 |
| 9/11/2024 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 9/11/2024 | Transaction Assessment | | 410.00 |
| 9/11/2024 | Payment | Marie A. Mattox P.A. | -410.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |