# EXHIBIT C

# OFFICE OF THE SECRETARY OF STATE
# OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

FRONTIER AIRLINES, INC.

is a

Corporation

formed or registered on 02/08/1994  under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office.  This entity has been assigned entity identification number  19941015653 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through  12/26/2024  that have been posted, and by documents delivered to this office electronically through  12/29/2024 @ 14:06:48 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 12/29/2024  @  14:06:48  in accordance with applicable law.  This certificate is assigned Confirmation Number  16846145       .



_____
Secretary of State of the State of Colorado

*******************************************End of Certificate*******************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

# OFFICE OF THE SECRETARY OF STATE
# OF THE STATE OF COLORADO

# CERTIFICATE OF DOCUMENT FILED

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the

Report

with Document # 20241125304 of

FRONTIER AIRLINES, INC.

Colorado Corporation

(Entity ID # 19941015653)

consisting of 1 pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 12/26/2024 that have been posted, and by documents delivered to this office electronically through 12/27/2024 @ 17:06:30.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 12/27/2024 @ 17:06:30 in accordance with applicable law. This certificate is assigned Confirmation Number 16844107.



Secretary of State of the State of Colorado

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*End of Certificate\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*



Colorado Secretary of State
ID#: 19941015653
Document #: 20241125304
Filed on: 01/29/2024 05:54:50 AM
Paid: $10.00

# Periodic Report

filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

**The entity name is**   FRONTIER AIRLINES, INC.

**The entity ID Number is**   19941015653

**Jurisdiction under the law of which the entity was formed or registered is**   Colorado

**The principal office street address is**   4545 Airport Way
Denver CO 80239
US

**The principal office mailing address is**   4545 Airport Way
Denver CO 80239
US

**The name of the registered agent is**   Corporation Service Company

**The registered agent's street address is**   1900 W Littleton Blvd
Littleton CO 80120
US

**The registered agent's mailing address is**   1900 W Littleton Blvd
Littleton CO 80120
US

The person above has agreed to be appointed as the registered agent for this entity.

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., and, if applicable, the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

**Name(s) and address(es) of the individual(s) causing the document to be delivered for filing**

Howard Diamond
4545 Airport Way
Denver CO 80239
US

# 2024 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F99000004243

**Entity Name:** FRONTIER AIRLINES, INC.

**Current Principal Place of Business:**

4545 AIRPORT WAY
DENVER, CO 80239

**Current Mailing Address:**

4545 AIRPORT WAY
DENVER, CO 80239 US

**FEI Number:** 84-1256945

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525 US

FILED
Apr 22, 2024
Secretary of State
0180322624CC

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent     Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT, CEO | | Title | DIRECTOR |
| Name | BIFFLE, BARRY | | Name | FRANKE, BRIAN |
| Address | 4545 AIRPORT WAY | | Address | 4545 AIRPORT WAY |
| City-State-Zip: | DENVER CO 80239 | | City-State-Zip: | DENVER CO 80239 |
| Title | SECRETARY, GC | | Title | DIRECTOR |
| Name | DIAMOND, HOWARD | | Name | BRODERICK, ANDREW |
| Address | 4545 AIRPORT WAY | | Address | 4545 AIRPORT WAY |
| City-State-Zip: | DENVER CO 80239 | | City-State-Zip: | DENVER CO 80239 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | WOLFF, ALEX | | Name | CONNOR, JOSH |
| Address | 4545 AIRPORT WAY | | Address | 4545 AIRPORT WAY |
| City-State-Zip: | DENVER CO 80239 | | City-State-Zip: | DENVER CO 80239 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | PINEDA, PATRICIA | | Name | GENISE, ROBERT |
| Address | 4545 AIRPORT WAY | | Address | 4545 AIRPORT WAY |
| City-State-Zip: | DENVER CO 80239 | | City-State-Zip: | DENVER CO 80239 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: HOWARD DIAMOND                SECRETARY                04/22/2024

Electronic Signature of Signing Officer/Director Detail                Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | HAN, BERNARD | | Name | MACDONALD, MICHAEL |
| Address | 4545 AIRPORT WAY | | Address | 4545 AIRPORT WAY |
| City-State-Zip: | DENVER  CO  80239 | | City-State-Zip: | DENVER  CO  80239 |