# EXHIBIT C

EEOC Form 5 (11/09)

|  | CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>510-2022-01622 |
|---|---|---|---|
|  | Florida Commission On Human Relations<br>*State or local Agency, if any* |  | and EEOC |

| Name *(indicate Mr., Ms., Mrs.)*<br>Theresa Smith | Home Phone<br>(407) 230-0765 | Year of Birth<br>1965 |
|---|---|---|
| Street Address<br>PO Box 391<br>Clarcona, FL 32710 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>FRONTIER AIRLINES | No. Employees, Members<br>15 - 100 Employees | Phone No<br>(720) 374-4453 |
|---|---|---|
| Street Address<br>1 Jeff Fuqua Blvd.<br>Orlando, FL 32827 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address                City, State and ZIP Code | | |

| DISCRIMINATION BASED ON<br><br>Disability | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest            Latest<br>10/01/2021         06/09/2022<br><br>Continuing Action |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am a qualified individual with a disability. I was hired by the above-named respondent on September 12, 2018, as a Flight Attendant. I suffer from a medical condition that causes my body to excessively sweat. On or about October 13, 2021, I was waiting at the flight gate for my shift to begin and I was not wearing my uniform scarf due to my medical condition mentioned above. Mr. Shawn Howard (In Flight Supervisor) approached me and asked why my scarf wasn't on. I responded kindly that; I was just waiting to board the plane to apply it on because my medical condition began to flare up. I also mentioned to Mr. Howard, that he knows of my medical condition as we had this conversation before. Further, I asked if I could submit a reasonable accommodation instead Mr. Howard proceeded to walk away. The next day on October 14, 2021, I received a documented verbal warning from management due to not being in compliance to the uniform standards and for disrespect. I submitted a reasonable accommodation request to only be allowed to wear the scarf during inflight as it is much cooler, and I wouldn't sweat as much. I was denied the reasonable accommodation from the respondent even though I submitted all required medical documentation that supports my request. Further, I am subjected to retaliation for the written verbal warning, as I will not be able to apply for promotion, advancements or lateral transfers for one year. I have never received any write-ups or discipline until, I mentioned my medical condition and request for a reasonable accommodation. I believe I

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Theresa Smith**<br>06/09/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>510-2022-01622 |
|---|---|---|
| | Florida Commission On Human Relations<br>*State or local Agency, if any* | and EEOC |

have been discriminated and retaliated against because of my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended (ADAAA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Theresa Smith**<br>06/09/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2. AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.