# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

THERESA SMITH,

    Plaintiff,

v.                     CASE NO.: 6:25-cv-17-ACC-DCI

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

## NOTICE OF APPEARANCE OF KATHERINE VIKER AS ADDITIONAL COUNSEL FOR PLAINTIFF

The undersigned, **Katherine Viker**, now appears as additional counsel for Plaintiff and requests addition to the CM/ECF and other service lists. The undersigned requests that all future communications and correspondence be directed to her.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF service only to all counsel of record this 10th day of January, 2025.

1

Respectfully submitted,

/s/ Katherine Viker
Katherine Viker, Esquire
Florida Bar No.: 538531
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
katherine@mattoxlaw.com
shannon@mattoxlaw.com

**ATTORNEYS FOR PLAINTIFF,**
Theresa Smith