# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

THERESA SMITH,

     Plaintiff,

v.                                                          Case No. 6:25-CV-00017-ACC-DCI

FRONTIER AIRLINES, INC.,

     Defendant.

_____

## <u>DECLARATION OF JANELL M. AHNERT</u>

I, Janell M. Ahnert, make the following Declaration under penalty of perjury pursuant to the laws of the United States.

1.    I am over eighteen (18) years of age, of sound mind, and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts set forth in this Declaration, or I have knowledge of such facts based on my review of Frontier Airlines, Inc. ("Frontier") business records and files. This Declaration is given voluntarily for use in the above styled matter, and for all lawful purposes.

2.    I am currently employed as a Shareholder at Littler Mendelson, P.C., and I am counsel for Defendant Frontier.

3.    On January 9, 2025, Frontier's counsel conducted a background search

on Ms. Smith, utilizing LexisNexis SmartLinx Person Report service. A true and correct copy of the LexisNexis SmartLinx Person Report regarding Ms. Smith is attached as Exhibit 1.

4.    According to that report, Ms. Smith's residential address is 6532 Abbeydale Ct Orlando, Florida 32818-8849 in Orange County, Florida, and she has lived there since October of 2001, and Ms. Smith owns this real property in Florida. (Ex. 1 to Ahnert Decl. pp. 3-4, 18-19).

5.    The LexisNexis SmartLinx Person Report also shows that Ms. Smith currently maintains a Florida drivers' license, which was last issued on August 3, 2017, and expires in October of 2025. (Ex. 1 to Ahnert Decl. p. 15).

6.    The LexisNexis SmartLinx Person Report also shows that Ms. Smith registered to vote in the State of Florida on July 7, 2000, and her registration to vote is still active, and her voter registration records show that Ms. Smith resides at the 6532 Abbeydale Ct Orlando, Florida 32818-8849 address. (Ex. 1 to Ahnert Decl. p. 17).

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January _2l_, 2025.

_____
JANELL M. AHNERT

2

# EXHIBIT 1

# Table of Contents

**Person Summary** ...................................................................................................2

**At a Glance** ..........................................................................................................2

**Name Variations, SSN Summary and DOBs** ...............................................2

**Physical Description** ...........................................................................................3

**Address Summary (1 current, 37 prior)** ........................................................3

**Phone Summary (2 phones)** ...........................................................................15

**Licenses/Voter (6 licenses)** ............................................................................15

**Driver Licenses - 4 licenses** ...........................................................................15

**Other Licenses - 2 licenses** ...........................................................................17

**Real Property (3 current, 7 prior)** .................................................................18

**Personal Property (0 current, 10 prior)** .......................................................30

**Possible Education (1 records found)** ..........................................................40

**Possible Criminal/Arrest (███████)** ..........................................................41

**Bankruptcy (0 active, 2 closed)** ....................................................................49

**Judgment / Liens (0 active, 0 closed)** ..........................................................51

**UCC Filings (0 debtor, 0 creditor)** ...............................................................51

**Associates (66 records)** ..................................................................................51

**Possible Relatives - 1st Degree: 17, 2nd Degree: 3, 3rd Degree: 0** ........51

**Person Associates - 23 records found** ........................................................57

**Neighbors - 0 records found** ..........................................................................61

**Business Connections - 7 records found** ....................................................61

**Possible Employers - 8 records found.** ........................................................61

**Business Associates - 8 records found.** ......................................................64

**Sources (454 sources)** .....................................................................................64



**1 OF 1 RECORD(S)**

## SmartLinx®Person Report

**Report Created:** 1-09-2025 8:08 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2025 LexisNexis, All rights reserved.

**Report created for:**Littler Mendelson P.C.

## Person Summary

| Name | Address | County | Phone |
|------|---------|--------|-------|
| Baker, Theresa S | ▮▮▮▮▮▮▮<br><br>Clarcona, FL 32710-0391<br>(Residential, PO Box) | Orange | 407-299-9494 |

| LexID | SSN | DOB | Email |
|-------|-----|-----|-------|
| 0001-1828-9359 | ▮▮▮-XXXX | ▮▮/1965<br><br>(Age: 59)<br>(Female) | ladyesquire@aol.com<br><br>t_baker417@yahoo.com<br><br>takarambaker@yahoo.com<br><br>tigress664@aol.com<br><br>tsmith1913@aol.com |

## At a Glance

| Real Property | 3 | Criminal/Arrest | ▮ |
|---------------|---|-----------------|---|
| Personal Property | 0 | Bankruptcy | 2 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 7 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|-----------------|-------------|---------------|
| Baker, T | ▮▮▮▮▮▮▮ | ▮▮/1965 |
| Baker, Theresa Annette | Issued in Louisiana, 1977 - 1978 | 1965 |
| Baker, Theresa Smith | | 1966 |
| Baker, Theressa Smith | | 1968 |
| Lewis, Theresa Smith | | |
| Mith, Theresa S | | |

Theresa_Smith

| Smith, Baker Theresa | | |
|---|---|---|
| Smith, T A | | |
| Smith, Teresa A | | |
| Smith, Therersa | | |
| Smith, Theres | | |
| Smith, Theresa A | | |
| Smith, Theresa Annette | | |
| Smith, Theresa Baker | | |
| Smith, Theresa S | | |
| Smith-Baker, Theresa A | | |
| Smithbaker, Theresa Annette | | |
| Smithbaker, Theresa Smith | | |

## Physical Description

| Hair Color | N/A | |
|---|---|---|
| Eye Color | N/A | |
| Height | 5' 5" | Date last seen: 09/2022 |
| Weight (lb) | N/A | |
| Scars/Marks | N/A | |

## Address Summary (1 current, 37 prior)

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | ███████ <br><br> Clarcona, FL 32710-0391 <br><br> Orange County <br> (Residential, PO Box) | Current | 10/2007 - 10/2024 <br><br> (Current Residence) | |

**Possible Household Members**
Baker, Island 3

Williams, Raymond L

**Neighborhood Profile**
Average Age: 34

Theresa_Smith

| | | | | |
|---|---|---|---|---|
| Median Household Income: $80,934<br><br>Median Home Value: $242,109<br><br>Average Years of Education: 13 | | | | |
| 2.   ██████████<br><br>Orlando, FL 32818-8849<br><br>Orange County<br><br>(Residential) | Prior | 10/2001 - 11/2024 | |
| **Possible Household Members**<br>Baker, Island 3<br><br>Williams, Raymond L<br><br>**Name Associated with Address**<br>Baker, Island A Jr.<br><br>Baker, Island<br><br>**Neighborhood Profile**<br>Average Age: 35<br><br>Median Household Income: $50,206<br><br>Median Home Value: $179,000<br><br>Average Years of Education: 13 | | | | |
| 3.   ██████████<br><br>Riverview, FL 33578-3688<br><br>Hillsborough County<br><br>(Residential) | Prior | 11/2011 - 07/2020 | |
| **Neighborhood Profile**<br>Average Age: 30<br><br>Median Household Income: $59,560<br><br>Median Home Value: $208,190<br><br>Average Years of Education: 14 | | | | |
| 4.   ██████████<br><br>Clarcona, FL 32710-1200 🔸 (US Postal Service)<br>🔸 (Address commercial or institutional) | Prior | 10/2014 - 03/2023 | |
| **Possible Household Members** | | | | |

Theresa_Smith

| | | | | |
|---|---|---|---|---|
| Baker, Island 3 | | | | |
| **Neighborhood Profile**<br>Average Age: 34<br><br>Median Household Income: $80,934<br><br>Median Home Value: $242,109<br><br>Average Years of Education: 13 | | | | |
| 5.    ███████████<br><br>Orlando, FL 32818-7475<br><br>Orange County<br><br>(Business, High-rise) | Prior | 08/2014 - 09/2015 | |
| **Neighborhood Profile**<br>Average Age: 35<br><br>Median Household Income: $48,012<br><br>Median Home Value: $185,630<br><br>Average Years of Education: 13 | | | | |
| 6.    ████████<br><br>Brandon, FL 33508-6005<br><br>Hillsborough County<br><br>(Business, PO Box) | Prior | 11/2011 - 08/2014 | |
| **Neighborhood Profile**<br>Average Age: 31<br><br>Median Household Income: $45,577<br><br>Median Home Value: $149,107<br><br>Average Years of Education: 13 | | | | |
| 7.    ████████████<br><br>Brandon, FL 33508-7011 📯 (US Postal Service) | Prior | 02/2014 - 08/2014 | |
| **Neighborhood Profile**<br>Average Age: 36<br><br>Median Household Income: $45,463<br><br>Median Home Value: $219,262<br><br>Average Years of Education: 14 | | | | |

Theresa_Smith

| 8. | ███████████<br><br>Riverview, FL 33578-2106<br><br>Hillsborough County<br><br>(Residential) | Prior | 05/2012 - 03/2018 | |
|---|---|---|---|---|
| **Neighborhood Profile**<br>Average Age: 30<br><br>Median Household Income: $59,560<br><br>Median Home Value: $208,190<br><br>Average Years of Education: 14 | | | | |
| 9. | ███████████<br><br>Orlando, FL 32818 | Prior | 03/2013 - 04/2013 | |
| **Neighborhood Profile**<br>Average Age: 39<br><br>Median Household Income: $43,736<br><br>Median Home Value: $125,852<br><br>Average Years of Education: 12 | | | | |
| 10. | ███████████<br><br>Orlando, FL 32804-8005<br><br>Orange County<br><br>(Business)🤝 (Correctional institution) | Prior | 10/2009 - 12/2011 | |
| **Neighborhood Profile**<br>Average Age: 38<br><br>Median Household Income: $49,866<br><br>Median Home Value: $90,588<br><br>Average Years of Education: 13 | | | | |
| 11. | ███████████<br><br>Ocoee, FL 34761-3041 | Prior | 12/2001 - 07/2006 | |
| **Name Associated with Address**<br>Baker, Island A Jr.<br><br>**Neighborhood Profile**<br>Average Age: 40 | | | | |

Theresa_Smith

| | | | | |
|---|---|---|---|---|
| Median Household Income: $66,617 | | | | |
| Median Home Value: $235,317 | | | | |
| Average Years of Education: 13 | | | | |
| 12. ██████████ Winter Park, FL 32792-1732 Orange County (Residential) | Prior | 02/1995 - 03/2006 | | |

**Possible Household Members**
Smith, Marguerite D

**Neighborhood Profile**
Average Age: 33

Median Household Income: $56,081

Median Home Value: $207,648

Average Years of Education: 12

| | | | | |
|---|---|---|---|---|
| 13. █████████████ Orlando, FL 32818-8873 Orange County (Residential) | Prior | 04/2000 - 08/2004 | | |

**Neighborhood Profile**
Average Age: 35

Median Household Income: $50,206

Median Home Value: $179,000

Average Years of Education: 13

| | | | | |
|---|---|---|---|---|
| 14. ████████ Orlando, FL 32805-5118 Orange County (Residential) | Prior | 02/2003 - 12/2011 | | |

**Possible Household Members**
Liburd, Koreen Natasha

**Name Associated with Address**
Baker, Island A Jr.

Baker, Island

| Chambers, Kristy Twanna | | | |
|---|---|---|---|
| **Neighborhood Profile**<br>Average Age: 39<br><br>Median Household Income: $25,348<br><br>Median Home Value: $126,157<br><br>Average Years of Education: 11 | | | |
| 15. ████████████<br><br>Orlando, FL 32810 | Prior | 08/2002 | |
| **Neighborhood Profile**<br>Average Age: 38<br><br>Median Household Income: $44,853<br><br>Median Home Value: $155,952<br><br>Average Years of Education: 13 | | | |
| 16. ████████████<br><br>Orlando, FL 32868-1178<br><br>Orange County<br>(Residential, PO Box) | Prior | 09/2001 - 07/2002 | |
| **Neighborhood Profile**<br>Average Age: 39<br><br>Median Household Income: $44,973<br><br>Median Home Value: $204,514<br><br>Average Years of Education: 12 | | | |
| 17. ████████████<br><br>New Orleans, LA 70114-2818<br><br>Orleans County<br>(Residential) | Prior | 03/1983 - 03/2002 | |
| **Possible Household Members**<br>Smith, Joseph V<br><br>Smith, Joseph V 3<br><br>Smith, Marguerite D<br><br>**Neighborhood Profile**<br>Average Age: 31 | | | |

Theresa_Smith

Median Household Income: $30,256

Median Home Value: $88,115

Average Years of Education: 11

| 18. | ███████ | Prior | 12/1998 - 06/2000 | |
| | New Orleans, LA 70128-3640 | | | |
| | Orleans County | | | |
| | (Residential) | | | |

**Possible Household Members**
Smith, Marguerite D

Smith, Marie Ann

**Neighborhood Profile**
Average Age: 37

Median Household Income: $89,015

Median Home Value: $252,115

Average Years of Education: 14

| 19. | ███████ | Prior | 12/1996 - 2000 | |
| | New Orleans, LA 70126-1503 | | | |
| | Orleans County | | | |
| | (Residential) | | | |

**Name Associated with Address**
Woods, Toshei Ayunn

**Neighborhood Profile**
Average Age: 28

Median Household Income: $30,608

Median Home Value: $146,684

Average Years of Education: 12

| 20. | 560866 | Prior | 01/1997 - 01/1999 | |
| | Orlando, FL 32856 | | | |

| 21. | ███████ | Prior | 01/1993 - 01/1999 | |
| | Orlando, FL 32856-0866 | | | |

Theresa_Smith

| | Orange County (Business, PO Box) | | | |
|---|---|---|---|---|

**Neighborhood Profile**
Average Age: 39

Median Household Income: $44,973

Median Home Value: $204,514

Average Years of Education: 12

| 22. | ██████ | Prior | 07/1996 | |
|---|---|---|---|---|
| | Orlando, FL 32802-0056 | | | |

**Neighborhood Profile**
Average Age: 39

Median Household Income: $44,973

Median Home Value: $204,514

Average Years of Education: 12

| 23. | ████████ | Prior | 09/1993 | |
|---|---|---|---|---|
| | Hattiesburg, MS 39402-7423 | | | |
| | Forrest County | | | |
| | (Residential) | | | |

**Neighborhood Profile**
Average Age: 28

Median Household Income: $34,304

Median Home Value: $132,131

Average Years of Education: 14

| 24. | █████████ | Prior | 12/1992 - 08/1993 | |
|---|---|---|---|---|
| | Orlando, FL 32801-4330 | | | |

**Neighborhood Profile**
Average Age: 47

Median Household Income: $59,607

Median Home Value: $413,983

Average Years of Education: 14

| 25. | ██████████ | Prior | 01/1993 | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Orlando, FL 32835-7087<br><br>Orange County<br>(Residential, High-rise) | | | |
| **Neighborhood Profile**<br>Average Age: 28<br><br>Median Household Income: $46,200<br><br>Median Home Value: $143,015<br><br>Average Years of Education: 12 | | | |
| 26.  ███████████████<br><br>Sanford, FL 32771-2240<br><br>Seminole County<br>(Business) | Prior | 10/1992 - 12/1992 | |
| **Neighborhood Profile**<br>Average Age: 45<br><br>Median Household Income: $45,038<br><br>Median Home Value: $198,904<br><br>Average Years of Education: 13 | | | |
| 27.  ███████████████<br><br>Baton Rouge, LA 70820-7931 | Prior | 03/1983 - 08/1993 | |
| **Neighborhood Profile**<br>Average Age: 24<br><br>Median Household Income: $28,523<br><br>Median Home Value: $415,385<br><br>Average Years of Education: 12 | | | |
| 28.  ███████████████<br><br>Baton Rouge, LA 70806-8901<br><br>East Baton Rouge County<br>(Residential, High-rise) | Prior | 09/1990 - 03/1999 | |
| **Neighborhood Profile**<br>Average Age: 46<br><br>Median Household Income: $32,541 | | | |

Theresa_Smith

| | | | | |
|---|---|---|---|---|
| Median Home Value: $104,250 | | | | |
| Average Years of Education: 13 | | | | |
| 29. | ██████████ <br><br>Baker, LA 70714-3995 <br><br>East Baton Rouge County <br>(Residential, High-rise) | Prior | 10/1989 - 12/1991 | |

**Neighborhood Profile**
Average Age: 30

Median Household Income: $48,764

Median Home Value: $94,848

Average Years of Education: 13

| | | | | |
|---|---|---|---|---|
| 30. | ██████████ <br><br>Harvey, LA 70058-2137 <br><br>Jefferson County <br>(Residential) | Prior | 04/1985 - 12/1991 | |

**Possible Household Members**
Smith, Joseph V

Smith, Marguerite D

**Name Associated with Address**
Medice, Veronica Smith

Obiekwe, Stephen U

**Neighborhood Profile**
Average Age: 39

Median Household Income: $71,546

Median Home Value: $129,321

Average Years of Education: 13

| | | | | |
|---|---|---|---|---|
| 31. | ██████████ <br><br>Baton Rouge, LA 70806-2992 <br><br>East Baton Rouge County <br>(Residential, High-rise) | Prior | 11/1990 - 05/1998 | |

**Neighborhood Profile**
Average Age: 46

| | | | | |
|---|---|---|---|---|
| Median Household Income: $32,541 | | | | |
| Median Home Value: $104,250 | | | | |
| Average Years of Education: 13 | | | | |
| 32. | ███████████  New Orleans, LA 70114-2818 | Prior | 01/1988 | |

**Possible Household Members**
Williams, Raymond L

**Name Associated with Address**
Medice, Veronica Smith

Williams, Calvin Anthony

Williams, Rita V D

**Neighborhood Profile**
Average Age: 31

Median Household Income: $30,256

Median Home Value: $88,115

Average Years of Education: 11

| | | | | |
|---|---|---|---|---|
| 33. | ███████████  New Orleans, LA 70114-1403  Orleans County  (Residential) | Prior | 03/1986 - 04/1986 | |

**Name Associated with Address**
Medice, Vonika Theresa

Medice, Veronica Smith

Woods, Toshei Ayunn

**Neighborhood Profile**
Average Age: 35

Median Household Income: $53,788

Median Home Value: $139,286

Average Years of Education: 13

| | | | | |
|---|---|---|---|---|
| 34. | ███████████  Gretna, LA 70056-2935 | Prior | 03/1985 - 04/1986 | |

Theresa_Smith

| | | | |
|---|---|---|---|
| | Jefferson County<br>(Residential) | | |
| **Neighborhood Profile**<br>Average Age: 33<br><br>Median Household Income: $74,000<br><br>Median Home Value: $151,105<br><br>Average Years of Education: 13 | | | |
| 35. | ▇▇▇▇▇▇<br><br>Orlando, FL 32822-2328<br><br>Orange County<br>(Residential) | Prior | 02/2019 - 08/2019 |
| **Neighborhood Profile**<br>Average Age: 32<br><br>Median Household Income: $37,256<br><br>Median Home Value: $66,827<br><br>Average Years of Education: 12 | | | |
| 36. | ▇▇▇▇▇<br><br>Brandon, FL 33511-3706<br><br>Hillsborough County<br>(Residential) | Prior | 05/2014 - 04/2018 |
| **Neighborhood Profile**<br>Average Age: 30<br><br>Median Household Income: $59,248<br><br>Median Home Value: $208,544<br><br>Average Years of Education: 14 | | | |
| 37. | ▇▇▇▇▇▇<br><br>Orlando, FL 32810-6362 | Prior | 06/2022 |
| **Neighborhood Profile**<br>Average Age: 31<br><br>Median Household Income: $62,234<br><br>Median Home Value: $204,060<br><br>Average Years of Education: 13 | | | |

| 38. | ████████ | Prior | 06/2007 - 09/2010 | |
| | Orlando, FL 32860-7233 | | | |
| | Orange County | | | |
| | (Residential, PO Box) | | | |

**Neighborhood Profile**
Average Age: 39

Median Household Income: $44,973

Median Home Value: $204,514

Average Years of Education: 12

## Phone Summary (2 phones)

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|-----|-------|---------|-----------|--------------|---------|
| 1. | 407-299-9494. | 10/2001 - 1/2025. | Landline. | SMITH T. | BELLSOUTH TELECOMM INC DBA SOUTHERN BELL TEL & TEL. |
| 2. | 407-521-2584. | 2/2010 - 2/2010. | Landline. | FAIRCHILD PATRICK G. | BELLSOUTH TELECOMM INC DBA SOUTHERN BELL TEL & TEL. |

## Licenses/Voter (6 licenses)

## Driver Licenses - 4 licenses

| No. | DL Name/Address | Status | Issued/Expired | Location |
|-----|-----------------|--------|----------------|----------|
| 1. | Smith, Theresa ████████ Orlando, FL 32818-8849 | Historical | Issued: 08/03/2017 Expires: 10/2025 | FL |

**Personal Information**

SSN: ████XXXX

Dob: ██/1965, Age 51

Gender: Female

Height: 5' 5"

**Driver Information**

Data Source: Governmental: FL

**License Information**

License Type: Renewal

License Class: Non-Commercial - Regular Operator License

| 2. | Baker, Theresa Smith<br><br>██████████<br><br>Orlando, FL 32804-8005 | Historical | Issued: 10/02/2009<br>Expired: 10/2017 | FL |
|----|----|----|----|----|

**Personal Information**

SSN: ████XXXX

Dob: ██/1965, Age 43

Gender: Female

Height: 5' 4"

**Driver Information**

Data Source: Governmental: FL

**License Information**

License Type: Renewal

License Class: Non-Commercial - Regular Operator License

| 3. | Lewis, Theresa Smith<br><br>██████████<br><br>Brandon, FL 33508-6005 | Historical | Issued: 10/02/2009<br>Expired: 10/2017 | FL |
|----|----|----|----|----|

**Personal Information**

SSN: ████XXXX

Dob: ██/1965, Age 47

Gender: Female

Height: 5' 5"

**Driver Information**

Data Source: Governmental: FL

**License Information**

License Type: Duplicate Replacement

License Class: Non-Commercial - Regular Operator License

| 4. | Smith, Theresa A ▉ Winter Park, FL 32792-1732 | | | FL |
|----|----|----|----|----|

**Personal Information**

SSN: ▉XXXX

Dob: ▉/1965

**Driver Information**

Data Source: Non-Governmental: FL

**License Information**

## Other Licenses - 2 licenses

| No. | Type | Status | Issued/Expired | Location |
|-----|------|--------|----------------|----------|
| 1. | Voter | Active | Registration: 07/07/2000 | FL |

**Personal Information**

Name: Smith, Theresa A

Address: ▉

Orlando, FL 32818-8849

Home Phone: 407-230-0765

SSN▉XXXX

DOB: ▉/1965

Age Range: 45-54

Gender: Female

**Voter Information**

Registration Date: 07/07/2000

Last Vote Date: 03/15/2016

Race: BLACK

Party: DEMOCRAT

Active or Inactive: ACTIVE

| 2. | Voter | Active | Registration: 07/07/2000 | FL |

**Personal Information**

Name: Smith, Theresa A

Address: ██████████

Riverview, FL 33578-2106

SSN: ████████

DOB: ██/1965

Age Range: 45-54

Gender: Female

**Voter Information**

Registration Date: 07/07/2000

Last Vote Date: 11/06/2012

Race: BLACK

Party: DEMOCRAT

Active or Inactive: ACTIVE

## Real Property (3 current, 7 prior)

| No. | Address | Status | Purchase Price | Sale Price | State |
|-----|---------|--------|----------------|------------|-------|
| 1. | ████████████ <br><br> FL <br><br> County/FIPS: ORANGE/12095 <br><br> Source: B | Current | | | FL |

**Owner Info**

**Smith, Theresa A**

████████

Clarcona, FL 32710-0391

**Legal Info**

Parcel Number: 25-21-28-8133-00-120

Assessment Year: 2016

Recording Date: 10/17/2007

Document Type: Assessor

Assessed Value: $188,073.00

Market Land Value: $19,000.00

Total Market Value: $188,073.00

Type of Address: Single Family Residential

Legal Description: SOMERSET AT LAKEVILLE OAKS PHASE 2 30/12 3 LOT 12

Book/Page: 9996/3263

**Mortgage Info 1**

Recording Date: 07/06/2009

Contract Date: 10/17/2007

**Mortgage Info 2**

Recording Date: 02/02/2010

Contract Date: 10/17/2007

**Mortgage Info 3**

Recording Date: 04/15/2008

Contract Date: 09/25/2007

| 2. | ███████████ | Current | $82,800.00 | | FL |
| | Orlando, FL 32818-8849 | | | | |
| | County/FIPS: ORANGE/12095 | | | | |
| | Source: A | | | | |

**Owner Info**

**Smith, Theresa A**

███████████████

Orlando, FL 32818-8849

**Legal Info**

Parcel Number: 28-21-25-8133-00-120

Sale Date: 03/11/2003

Assessment Year: 2009

Sale Price: $82,800.00

Recording Date: 03/11/2003

Document Type: Assessor

Assessed Value: $215,251.00

Market Land Value: $45,000.00

Total Market Value: $268,915.00

Type of Address: Sfr

Legal Description: SOMERSET AT LAKEVILLE OAKS PHASE 2 30/123 LOT 12

Book/Page: 6821/1249

**Mortgage Info 1**

Recording Date: 07/06/2009

Contract Date: 10/17/2007

Transaction Type: Nominal

**Mortgage Info 2**

Recording Date: 02/02/2010

Contract Date: 10/17/2007

Transaction Type: Nominal

**Mortgage Info 3**

Recording Date: 07/06/2009

Contract Date: 10/17/2007

Transaction Type: Nominal

**Mortgage Info 4**

Recording Date: 02/02/2010

Contract Date: 10/17/2007

Transaction Type: Nominal

**Mortgage Info 5**

Recording Date: 02/02/2010

Contract Date: 10/17/2007

Transaction Type: Nominal

**Mortgage Info 6**

Recording Date: 07/06/2009

Contract Date: 10/17/2007

Transaction Type: Nominal

**Mortgage Info 7**

Loan Amount: $164,200.00

Description: Mortgage

Lender Name: GMAC MTG LLC

Loan Type: Conventional

Recording Date: 04/15/2008

Contract Date: 09/25/2007

Transaction Type: Nominal

**Mortgage Info 8**

Loan Amount: $164,200.00

Description: Mortgage

Lender Name: GMAC MTG LLC

Loan Type: Conventional

Recording Date: 04/15/2008

Contract Date: 09/25/2007

Transaction Type: Nominal

**Mortgage Info 9**

Loan Amount: $164,200.00

Description: Mortgage

Lender Name: GMAC MTG LLC

Loan Type: Conventional

Recording Date: 04/15/2008

Contract Date: 09/25/2007

Transaction Type: Nominal

**Mortgage Info 10**

Recording Date: 03/11/2003

Contract Date: 03/11/2003

Transaction Type: Resale

| 3. | ████████████ | Current | $174,000.00 | | FL |
|----|--------------|---------|-------------|---|-----|
| | Orlando, FL 32818-8872 | | | | |
| | Source: B | | | | |

**Owner Info**

**Baker, Theresa S**

**Baker, Island**

████████████

Orlando, FL 32818-8849

**Legal Info**

Sale Date: 11/21/2001

Sale Price: $174,000.00

Recording Date: 11/21/2001

Document Type: Deed

Type of Address: Single Family Residence

Book/Page: 6396/3006

**Mortgage Info 1**

Loan Amount: $165,300.00

Lender Name: GREENPOINT MTG FNDG

Loan Type: New Conventional

Recording Date: 11/21/2001

Contract Date: 11/21/2001

| 4. | ███████████ | Prior | | $87,000.00 | FL |
|----|------------|-------|--|-----------|----|
| | Winter Park, FL 32792-1732 | | | | |
| | County/FIPS: SEMINOLE/12117 | | | | |
| | Source: A | | | | |

**Owner Info**

**Lafontaine, Paul K**

████████████

Winter Park, FL 32792-1732

**Legal Info**

Parcel Number: 34-21-30-530-0000-1150

Sale Date: 06/20/2000

Assessment Year: 2008

Sale Price: $87,000.00

Recording Date: 06/26/2000

Document Type: Assessor

Assessed Value: $155,465.00

Market Land Value: $28,000.00

Theresa_Smith

Total Market Value: $155,465.00

Type of Address: Sfr

Mortgage Lender Name: EQUICREDIT CORP/AMERICA

Legal Description: LEG LOT 115 VILLAS OF CASSELBERRY PHASE 2 PB 25 PG 19

Book/Page: 3874/1148

**Mortgage Info 1**

Loan Amount: $82,650.00

Description: Mortgage

Lender Name: EQUICREDIT CORP/AMERICA

Loan Type: Conventional

Recording Date: 06/26/2000

Contract Date: 06/20/2000

Transaction Type: Resale

**Mortgage Info 2**

Loan Amount: $77,658.00

Description: Mortgage

Lender Name: JAMES B NUTTER & CO

Loan Type: Federal Housing Authority

Recording Date: 11/12/1999

Contract Date: 03/04/1996

Transaction Type: Refinance

**Mortgage Info 3**

Loan Amount: $78,374.00

Loan Type: Federal Housing Authority

Recording Date: 02/24/1995

Contract Date: 02/16/1995

| 5. | ███████████ | Prior | $130,000.00 | | FL |

| | | | | |
|---|---|---|---|---|
| Orlando, FL 32818-8873<br><br>County/FIPS: ORANGE/12095<br><br>Source: B | | | | |

**Owner Info**

**Baker, Theresa Smith**

**Baker, Island**

███████████

Orlando, FL 32818-8873

**Legal Info**

Parcel Number: 28-21-25-8141-00-460

Assessment Year: 2001

Sale Price: $130,000.00

Recording Date: 04/28/2000

Document Type: Assessor

Assessed Value: $118,642.00

Market Land Value: $22,500.00

Total Market Value: $118,642.00

Type of Address: Single Family Residential

Legal Description: SOMERSET AT LAKEVILLE OAKS 21/108 LOT 46 OR B&P 5998/0

Book/Page: 5998/261

**Mortgage Info 1**

Loan Amount: $116,000.00

Lender Name: OPTION ONE MTG CORP

Loan Type: New Conventional

Recording Date: 12/26/2001

Contract Date: 12/26/2001

**Mortgage Info 2**

Theresa_Smith

Loan Amount: $132,600.00

Lender Name: PARAGON HOMEFUNDING INC

Loan Type: Va

Recording Date: 05/10/2000

Contract Date: 05/10/2000

| 6. | ██████████ Orlando, FL 32818-8873 County/FIPS: ORANGE/12095 Source: A | Prior | $130,000.00 | | FL |
|---|---|---|---|---|---|

**Owner Info**
**Baker, Theresa A**
**Baker, Island**

██████████

Orlando, FL 32818-8873

**Legal Info**

Parcel Number: 28-21-25-8141-00-460

Sale Date: 04/28/2000

Assessment Year: 2000

Sale Price: $130,000.00

Recording Date: 05/10/2000

Document Type: Assessor

Assessed Value: $22,500.00

Market Land Value: $22,500.00

Total Market Value: $22,500.00

Type of Address: Residential Acreage

Mortgage Lender Name: PARAGON HM FUND

Legal Description: SOMERSET AT LAKEVILLE OAKS 21/108 LOT 46 OR B&P 5782/3

Book/Page: 5998/261

**Mortgage Info 1**

Loan Amount: $132,600.00

Description: Mortgage

Lender Name: PARAGON HM FUND

Loan Type: Veterans Administration

Recording Date: 05/10/2000

Contract Date: 04/28/2000

Transaction Type: Resale

| 7. | ▇▇▇▇▇▇▇▇ Casselberry, FL 32707 Source: B | Prior | $79,100.00 | | FL |
|----|----|----|----|----|----|

**Owner Info**

**Smith, Theresa A**

**Smith, Marguerite D**

▇▇▇▇▇▇▇▇

Winter Park, FL 32792-1732

**Legal Info**

Sale Date: 02/16/1995

Sale Price: $79,100.00

Recording Date: 02/24/1995

Document Type: Deed

Book/Page: 2885/1544

**Mortgage Info 1**

Loan Amount: $78,374.00

Lender Name: PINNACLE FINL CORP

Recording Date: 02/24/1995

| Contract Date: 02/16/1995 | | | | | |
|---|---|---|---|---|---|
| 8. | Source: B | Prior | | | |

**Owner Info**

**Smith, Theresa**

███████████████

Orlando, FL 32818-8849

**Legal Info**

Sale Date: 03/11/2003

Recording Date: 04/02/2003

Document Type: Deed

Book/Page: 6850/3918

**Mortgage Info 1**

Recording Date 03/11/2003

Contract Date: 03/11/2003

**Mortgage Info 2**

Recording Date: 04/02/2003

Contract Date: 03/11/2003

**Mortgage Info 3**

Recording Date: 02/19/2003

Contract Date: 02/12/2003

| 9. | Source: A | Prior | $79,100.00 | | |
|---|---|---|---|---|---|

**Owner Info**

**Smith, Theresa**

███████████████

Winter Park, FL 32792-1732

**Legal Info**

Sale Date: 02/24/1995

Sale Price: $79,100.00

Recording Date: 02/24/1995

Document Type: Deed

Type of Address: Single Family Residence

**Mortgage Info 1**

Loan Amount: $78,374.00

Lender Name: PINNACLE FIN'L

Loan Type: Federal Housing Authority

Recording Date: 02/24/1995

Contract Date: 02/24/1995

Transaction Type: Resale

| 10. | ███████████ New Orleans, LA 70126-1503 County/FIPS: ORLEANS/22071 Source: A | Prior | | | LA |
|---|---|---|---|---|---|

**Owner Info**

**Smith, Theresa A**

█████████████

New Orleans, LA 70126-1503

**Legal Info**

Parcel Number: 3-9W-0-515-03

Assessment Year: 2000

Document Type: Assessor

Assessed Value: $6,500.00

Type of Address: Miscellaneous

Legal Description: SQ CHIMNEYWOOD TOWN HOMES PHASE 1 LOT 15 MORRISON RD 2

Theresa_Smith

## Personal Property (0 current, 10 prior)

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|-----|------|--------|-----------|-------|-----|--------------|
| 1. | MVR | Prior | 1998 Chrysler | Sebring, Convertible | 3C3EL45H2WT296240 | FL |

**Vehicle Information**

VIN: 3C3EL45H2WT296240

Model Year: 1998

Make: Chrysler

Model: Sebring

Series: JX

Class/Type: Unknown

Body Style: Convertible

Primary Color: White

State of Origin: FL

Net Weight: 003369

Base Price: $20,575.00

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**
**Baker, Theresa Smith**

███████████

Orlando, FL 32818-8849

Dob: 10/1965

Title Number: 0079045346

Title Date: 10/25/2004

Status: T:

Mileage: 73869

**Registrant 1**

**Baker, Theresa Smith**

███████████

Orlando, FL 32818-8849

Dob: ██/1965

Plate Number: J48YCI

Original Registration Date: 09/24/2004

Latest Registration Date: 10/06/2005

Expiration Date: 10/20/2006

| 2. | MVR | Prior | 1999 Lincoln | Navigator, 4 Dr Wagon Sport Utility | 5LMPU28A2XLJ40225 | FL |
|----|-----|-------|--------------|--------------------------------------|---------------------|-----|

**Vehicle Information**

VIN: 5LMPU28A2XLJ40225

Model Year: 1999

Make: Lincoln

Model: Navigator

Class/Type: Unknown

Body Style: 4 Dr Wagon Sport Utility

Primary Color: Black

State of Origin: FL

Net Weight: 005542

Base Price: $43,160.00

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**
**Baker, Theresa Smith**

███████████

Orlando, FL 32818-8849

Dob: ██/1965

Theresa_Smith

Title Number: 0080742723

Title Date: 01/19/2005

Status: T:

Mileage: 74999

**Registrant 1**

**Baker, Theresa Smith**

█████████████

Orlando, FL 32818-8849

Dob: █/1965

Plate Number: A480KK

Original Registration Date: 01/19/2005

Latest Registration Date: 10/06/2005

Expiration Date: 10/20/2006

| 3. | MVR | Prior | 1998 Mercedes-Benz | ML, 4 Dr Wagon Sport Utility | 4JGAB54E5WA046651 | FL |
|----|-----|-------|--------------------|------------------------------|-------------------|-----|

**Vehicle Information**

VIN: 4JGAB54E5WA046651

Model Year: 1998

Make: Mercedes-Benz

Model: ML

Series: 320

Class/Type: Unknown

Body Style: 4 Dr Wagon Sport Utility

Primary Color: White

State of Origin: FL

Net Weight: 004210

Base Price: $33,950.00

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**
**Baker, Island Jr.**

██████████

Ocoee, FL 34761-3041

Dob: ██/1966

Title Number: 0075368854

Title Date: 04/30/2002

Status: L:

Mileage: 62089

**Owner 2**
**Baker, Theresa Smith**

████████████

Orlando, FL 32818-8849

Dob: ██/1965

Title Number: 0075368854

Title Date: 04/30/2002

Status: L:

Mileage: 62089

**Registrant 1**
**Baker, Island Jr.**

██████████

Ocoee, FL 34761-3041

Dob: ██/1966

Plate Number: W59WUP

Original Registration Date: 10/16/2003

Latest Registration Date: 09/30/2004

Expiration Date: 10/20/2005

**Registrant 2**

**Baker, Theresa Smith**

████████████████

Orlando, FL 32818-8849

Dob: ██/1965

Plate Number: W59WUP

Original Registration Date: 10/16/2003

Latest Registration Date: 09/30/2004

Expiration Date: 10/20/2005

| 4. | MVR | Prior | 1984 Mercedes-Benz | 190, Sedan 4 Door | WDBDB22A8EA033616 | LA |
|----|-----|-------|--------------------|--------------------|--------------------|----|

**Vehicle Information**

VIN: WDBDB22A8EA033616

Model Year: 1984

Make: Mercedes-Benz

Model: 190

Series: D 2.2

Class/Type: Passenger Car/Light Truck

Body Style: Sedan 4 Door

Secondary Color: White

State of Origin: LA

Base Price: $23,510.00

**Source Information**

Data Source: GOVERNMENTAL

**Owner 1**

**Smith, Marie A**

██████████

New Orleans, LA 70128-3640

Dob: ██/1958

Title Number: A1587214

Title Date: 07/17/1996

Status: :

Mileage: 0

**Owner 2**
**Theresa, A**

██████████

New Orleans, LA 70128-3640

Dob: ██/1965

Title Number: A1587214

Title Date: 07/17/1996

Status: :

Mileage: 0

**Registrant 1**
**Smith, Marie A**

██████████

New Orleans, LA 70128-3640

Dob: ██/1958

License Plate State: LA

Previous Plate State: LA

Original Registration Date: 07/28/1998

Latest Registration Date: 07/28/1998

Expiration Date: 07/20/2000

**Registrant 2**
**Theresa, A**

Theresa_Smith

███████

New Orleans, LA 70128-3640

Dob: ██/1965

License Plate State: LA

Previous Plate State: LA

Original Registration Date: 07/28/1998

Latest Registration Date: 07/28/1998

Expiration Date: 07/20/2000

| 5. | MVR | Prior | 2003 Ford | Expedition, 4 Dr Wagon Sport Utility | 1FMRU15W03LB69075 | Non-Governmental |

**Vehicle Information**

VIN: 1FMRU15W03LB69075

Model Year: 2003

Make: Ford

Model: Expedition

Series: XLT

Class/Type: Passenger Car/Light Truck

Body Style: 4 Dr Wagon Sport Utility

State of Origin: FL

Base Price: $31,820.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 09/14/2014

Source Last Seen: 09/14/2014

**Owner 1**
**Smith, Theresa**

███████

Theresa_Smith

Clarcona, FL 32710-0391

Dob: █/1965

| 6. | MVR | Prior | 2005 Ford | Mustang, Coupe | 1ZVFT80N855200935 | Non-Governmental |
|----|-----|-------|-----------|----------------|-------------------|------------------|

**Vehicle Information**

VIN: 1ZVFT80N855200935

Model Year: 2005

Make: Ford

Model: Mustang

Class/Type: Passenger Car/Light Truck

Body Style: Coupe

State of Origin: FL

Base Price: $19,215.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 03/20/2013

Source Last Seen: 10/03/2013

**Owner 1**

**Lewis, Theresa**

████████

Brandon, FL 33508-6005

Dob: █/1965

| 7. | MVR | Prior | 2007 Toyota | FJ, 4 Dr Wagon Sport Utility | JTEZU11F570010341 | Non-Governmental |
|----|-----|-------|-------------|------------------------------|-------------------|------------------|

**Vehicle Information**

VIN: JTEZU11F570010341

Model Year: 2007

Make: Toyota

Model: FJ

Class/Type: Passenger Car/Light Truck

Body Style: 4 Dr Wagon Sport Utility

State of Origin: FL

Base Price: $22,110.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 07/01/2014

Source Last Seen: 07/07/2015

**Owner 1**

**Smith, Theresa**

██████████

Clarcona, FL 32710-0391

Dob: ██/1965

| 8. | MVR | Prior | 2008 BMW | 328, Sedan 4 Door | WBAVA335X8K054057 | Non-Governmental |
|----|-----|-------|----------|-------------------|-------------------|------------------|

**Vehicle Information**

VIN: WBAVA335X8K054057

Model Year: 2008

Make: BMW

Model: 328

Series: I

Class/Type: Passenger Car/Light Truck

Body Style: Sedan 4 Door

State of Origin: FL

Base Price: $32,700.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 08/11/2015

Source Last Seen: 08/25/2015

**Owner 1**

**Smith, Theresa**

█████████

Clarcona, FL 32710-0391

Dob: ██/1965

| 9. | MVR | Prior | 2002 Mercedes-Benz | SLK, Convertible | WDBKK49F32F254267 | Non-Governmental |
|----|-----|-------|--------------------|--------------------|--------------------|--------------------|

**Vehicle Information**

VIN: WDBKK49F32F254267

Model Year: 2002

Make: Mercedes-Benz

Model: SLK

Series: 230

Class/Type: Passenger Car/Light Truck

Body Style: Convertible

State of Origin: FL

Base Price: $39,400.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 11/27/2013

Source Last Seen: 12/12/2013

**Owner 1**

**Lewis, Theresa**

█████████

Brandon, FL 33508-6005

Dob: ██/1965

| 10. | MVR | Prior | 2005 Volvo | XC90, 4 Dr Wagon Sport Utility | YV1CY592351164829 | Non-Governmental |
|-----|-----|-------|------------|-------------------------------|--------------------|-------------------|

**Vehicle Information**

VIN: YV1CY592351164829

Model Year: 2005

Make: Volvo

Model: XC90

Class/Type: Passenger Car/Light Truck

Body Style: 4 Dr Wagon Sport Utility

State of Origin: FL

Base Price: $34,840.00

**Source Information**

Data Source: NON-GOVERNMENTAL

Source First Seen: 10/12/2013

Source Last Seen: 11/18/2013

**Owner 1**

**Lewis, Theresa**

███████

Brandon, FL 33508-6005

Dob: ██/1965

## Possible Education (1 records found)

| No. | School | To-From | Level |
|-----|--------|---------|-------|
| 1. | | 08/24/2016 - 09/22/2016 | |

**Personal Information**

Name: Smith, Theresa

Address: ███████

Clarcona, FL 32710-0391

Date of Birth: ██/1965

Theresa_Smith

SSN: ████XXXX

LexID: 0001-1828-9359

Attended High School: Yes

High School Graduation Year: 1984

Years Since HS Graduation: 40

Is Current Student: True

**Possible Criminal/Arrest (████████)**





REDACTED



Theresa  Smith

REDACTED

Theresa_Smith



Theresa_Smith

# REDACTED

REDACTED

## Bankruptcy (0 active, 2 closed)

| No. | Type | Status | Filing Date | Case Number | Jurisdiction |
|-----|------|--------|-------------|-------------|--------------|
| 1. | Chapter 7 | Closed | 12/01/2015 | 1510136 | Florida Middle - Orlando |

**Petitioner 1**

**Smith, Theresa A**

**Baker, Theresa**

████████████

Orlando, FL 32818-8849

Type: Individual - Individual

**Bankruptcy Information**

Filing Status: Voluntary

Filing Type: Individual

Comment: Single Debtor

**Attorney 1**

**C S Hansley Law Firm LLC**

████████████

Rockledge, FL 32955-4779

**Attorney 2**

**Hansley, Christine S**

████████████

Rockledge, FL 32955-4779

**Trustee 1**

**Meininger, Leigh R**

████████

Orlando, FL 32802-1946

**Status Information**

Status: Closed

Date: 03/08/2016

**Status Information**

Status: Discharged

Date: 03/08/2016

| 2. | Chapter 7 | Closed | 08/26/2003 | 0309990 | Florida Middle - Orlando |

**Petitioner 1**

**Baker, Theresa**

**Smith, Theresa**

███████████

Orlando, FL 32818-8849

SSN: █████████

Type: Individual - Individual

**Bankruptcy Information**

Filing Status: Voluntary

Filing Type: Individual

Comment: Single Debtor

**Attorney 1**

**Se, Pro**

**Trustee 1**

**Mills, George E Jr.**

███████████

Gotha, FL 34734-0995

**Status Information**

Status: Closed

Date: 01/22/2004

---

**Status Information**

Status: Discharged

Date: 12/16/2003

---

## Judgment / Liens (0 active, 0 closed)

## UCC Filings (0 debtor, 0 creditor)
## Associates (66 records)
## Possible Relatives - 1st Degree: 17, 2nd Degree: 3, 3rd Degree: 0

| No. | First Degree Relatives | Address | Phone |
|-----|------------------------|---------|-------|
| 1. | Williams, Raymond L (Possible Husband)<br><br>• AKA Williams, Raymond L<br>• AKA Williams, Raymond Lawrence<br>SSN: ██████<br><br>LexID: 0027-2669-8855<br><br>DOB: ██/1952 | ██████<br><br>Clarcona, FL 32710-0391 | |
| | **First Degree Relative** | | |
| 2. | Smith, Marguerite D (Possible Mother)<br><br>• AKA Smith, M D<br>• AKA Smith, Marquerite D<br>• AKA Smith, Maguerite D<br>• AKA South, Margaret D<br>• AKA Smith, Marguerite A<br>• AKA Smith, Marguerite A<br>• AKA Smith, Marguerite D<br>• AKA Smith, Marguerite D<br>• AKA Smith, MD<br>SSN: ██████<br><br>LexID: 0023-7400-8376<br><br>DOB: ██/1928 - 06/03/1998 (DOD)<br><br>(Age at Death: 70)<br><br>⚠ Deceased | ██████<br><br>New Orleans, LA 70128-3640 | |
| | **First Degree Relative** | | |

| 3. | Smith, Marie Ann (Possible Sibling) | ███████████ | |
| | | Baton Rouge, LA 70810-6639 | |
| | • AKA Smith Stewart, Marie Ann | | |
| | • AKA Stewart, Marie A S | | |
| | • AKA Smith, Maryann A | | |
| | • AKA Obiekwe, Marie S | | |
| | • AKA Obiekwe, Marie Ann | | |
| | • AKA Smith, Marie D | | |
| | • AKA Smith, M D | | |
| | • AKA Smith, M A | | |
| | • AKA Smith, Maryann Lee | | |
| | • AKA Smith, M D | | |
| | • AKA Obiekwe, Marcie | | |
| | • AKA Obeikwe, Marie | | |
| | • AKA Smith, Marie Ann | | |
| | • AKA Smith-Stewart, Marie Ann | | |
| | SSN: ███████ | | |
| | LexID: 0018-6194-9703 | | |
| | DOB: ██/1958 | | |
| | **First Degree Relative** | | |
| 4. | Baker, Island 3 (Possible Son) | ███████████ | |
| | LexID: 2402-2902-6392 | Orlando, FL 32818-8849 | |
| | DOB: ██/2000 | | |
| | **First Degree Relative** | | |
| 5. | Smith, Frank Raymond (Possible Father) | ███████████ | |
| | | Long Beach, MS 39560-6220 | |
| | • AKA Smith, Francis Raymond | | |
| | • AKA Smith, Frank Raymond | | |
| | SSN: ███████ | | |
| | LexID: 0023-6589-6589 | | |
| | DOB: ██/1936 | | |
| | **First Degree Relative** | | |
| 6. | Smith, Yvonne Sherer | ███████████ | |
| | | Key Largo, FL 33037-4321 | |
| | • AKA Smith, Yvonne Olivia | | |
| | • AKA Smith, Y S | | |
| | • AKA Smith, Yvonne Olivia | | |

| | | | |
|---|---|---|---|
| | SSN: ████████<br><br>LexID: 0023-8418-2511<br><br>DOB: ██/1940 - 01/19/2014 (DOD)<br><br>(Age at Death: 73)<br><br>⚠ Deceased | | |
| | **First Degree Relative** | | |
| 7. | Farmer, Tiffany K<br><br>• AKA Smith, Tiffany Farmer<br>• AKA Vickers, Tiffany Farmer<br>• AKA Anderson, Tiffany Farmer<br>• AKA Brown, Tiffany Farmer<br>• AKA Farmer, Tiffany Kristina<br>• AKA Smith, T<br>• AKA Farmer, Tiffany Kristina<br>• AKA Vickers, Tiffany Farmer<br>SSN: ████████<br><br>LexID: 0007-7738-7675<br><br>DOB: ██/1974 | ████████<br><br>Slidell, LA 70458-5374 | 423-251-6763 |
| | **First Degree Relative** | | |
| 8. | Smith, Clayton Harold (Possible Brother)<br><br>• AKA Smith, Clayton Harold<br>SSN: ████████<br><br>LexID: 0023-6180-3644<br><br>DOB: ██/1970 | ████████<br><br>Baton Rouge, LA 70816-1223 | |
| | **First Degree Relative** | | |
| 9. | Smith, Catherine J<br><br>• AKA Woods, Catherine S<br>• AKA Smith, Catherine E<br>• AKA Sm, Catherine<br>• AKA Woods, Catherine Sm<br>• AKA Woods, Catherine<br>• AKA Woods, Catherine S | ████████<br><br>New Orleans, LA 70131-5406 | |

Theresa_Smith

| | | | |
|---|---|---|---|
| | • AKA Woods, Catherine S<br><br>• AKA Smith, Katherine<br>SSN: ███████<br><br>LexID: 0023-6117-6228<br><br>DOB: █/1949 - 09/16/2005 (DOD)<br><br>(Age at Death: 55)<br><br>⚠ Deceased | | |
| | **First Degree Relative** | | |
| 10. | Smith, Joseph V 3 (Possible Brother)<br><br>• AKA Smithiii, Joseph V<br>• AKA Smith, J Vincent<br>• AKA Smith, Joseph V 3<br>• AKA Smith, Joseph<br>• AKA Smith, Joseph V<br>SSN: ███████<br><br>LexID: 0023-6993-9759<br><br>DOB: █/1969 - 04/22/1995 (DOD)<br><br>(Age at Death: 26)<br><br>⚠ Deceased | ███████<br><br>New Orleans, LA 70114-2818 | |
| | **First Degree Relative** | | |
| 11. | Smith, Joseph V<br><br>SSN: ███████<br><br>LexID: 0023-7109-6154<br><br>DOB: █/1928 - 06/1985 (DOD)<br><br>(Age at Death: 57)<br><br>⚠ Deceased | ███████<br><br>New Orleans, LA 70114-2818 | |
| | **First Degree Relative** | | |
| 12. | Lewis, Lynnette Hall<br><br>• AKA Hall, Lynnette Marie<br>• AKA Hall, Lynette Marie | ███████<br><br>Memphis, TN 38109-7466 | |

Theresa_Smith

|  | | Address | Phone |
|---|---|---|---|
|  | • AKA Lewis, Lynnette Marie<br>• AKA Lewis, Lynette Hall<br>• AKA Halllewis, Lynnette M<br>• AKA Lewis, Lyhnette<br>• AKA Hall-Lewis, Lynnette M<br>• AKA Lewis, Lynette M<br>• AKA Hall, Lynnett M<br>SSN: ███<br><br>LexID: 0010-3458-8916<br><br>DOB: ██/1967 | | |
|  | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Lewis, Willie Jr.<br><br>• AKA Lewis, Willie<br>• AKA Lewis, Willie E Jr.<br>• AKA Lewis, Willie E<br>• AKA Lewis, Bill<br>• AKA Lewis, Willie J<br>• AKA Lewis, Willie S<br>• AKA Lewis, Willie Jr.<br>• AKA Lewis, Willie J<br>• AKA Lewis, Willie W<br>SSN: ███<br><br>LexID: 0015-1381-3637<br><br>DOB: ██/1965 | ███<br><br>Memphis, TN 38109-7466 | |
|  | **First Degree Relative** | | |
| 13. | Liburd, Koreen Natasha (Possible Wife)<br><br>• AKA Baker, Koreen Natasha<br>• AKA Liburd, Koreen<br>• AKA Koreen, Liburd<br>• AKA Koreen, Natasha Baker<br>• AKA Koreen, Natasha Liburd<br>• AKA Liburd, Koree<br>• AKA Liburd, Koreen<br>• AKA Liburd, Koreen N<br>SSN: ███ | ███<br><br>Orlando, FL 32811-7232 | 407-703-8050 |

| | | | |
|---|---|---|---|
| | LexID: 0015-1570-1456<br><br>DOB: ▇/1979 | | |
| | **First Degree Relative** | | |
| 14. | Garza, Clarice Maxine (Possible Daughter)<br><br>• AKA Smith, Clarice Maxine<br>• AKA Smith, Clarice Maxine<br>SSN: ▇<br><br>LexID: 0023-6359-3931<br><br>DOB: ▇/1982 | ▇<br><br>Converse, TX 78109-1965 | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Garza, Hipolito C<br><br>• AKA Garza, Hiploito<br>• AKA Garza, Hipolito M<br>SSN: ▇<br><br>LexID: 0032-8775-0003<br><br>DOB: ▇/1982 | ▇<br><br>Fremont, CA 94538-4375 | |
| | **First Degree Relative** | | |
| 15. | Smith, Dwayne P<br><br>• AKA Smith, Dwayne Paul<br>• AKA Smith Dwayne, P<br>• AKA Smith, Dwayne P<br>• AKA Smith, D<br>• AKA Smith, Dwayne Paul<br>SSN: ▇<br><br>LexID: 0007-1923-4310<br><br>DOB: ▇/1961 | ▇<br><br>New Orleans, LA 70122-1949 | |
| | **First Degree Relative** | | |
| 16. | Smith, Kathy Estoria<br><br>• AKA Smith, Kathy E<br>SSN: ▇<br><br>LexID: 0023-7191-9965 | ▇<br><br>New Orleans, LA 70174-6436 | |

Theresa_Smith

| | | | |
|---|---|---|---|
| | DOB: ▮/1958 - 06/25/2005 (DOD)<br><br>(Age at Death: 47)<br><br>⚠ Deceased | | |
| | **First Degree Relative** | | |
| 17. | Smith, Freddie E (Possible Brother)<br><br>• AKA Smith, Freddiee E 3<br>• AKA Smith, Freddie E 3<br>• AKA Smith, F E<br>• AKA Edsmith, Freddie 3<br>• AKA Sith, Freddie E<br>• AKA Smith, Freddie Edgar 3<br>SSN ▮▮▮▮<br><br>LexID: 0007-2902-7631<br><br>DOB: ▮/1948 - 01/02/2003 (DOD)<br><br>(Age at Death: 54)<br><br>⚠ Deceased | ▮▮▮▮<br><br>Knoxville, TN 37923-2728 | |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Stewart, Byron A<br><br>• AKA Stewart, Byron Alonzo<br>• AKA Stewart, Byron A<br>• AKA Stewart, Bryon<br>• AKA Fabia Stewart, Byron Alonzo<br>• AKA Alonzo Fabia, Stewart Byron<br>SSN: ▮▮▮▮<br><br>LexID: 0003-4362-3473<br><br>DOB: ▮/1960 | ▮▮▮▮<br><br>Baton Rouge, LA 70816-2280 | |

## Person Associates - 23 records found

| No. | Full Name | Address | Role |
|---|---|---|---|
| 1. | Baker, Island A Jr.<br><br>SSN: ▮▮▮▮<br><br>LexID: 0001-1643-6263 | ▮▮▮▮<br><br>Apopka, FL 32703-5492<br><br>407-703-8050 | Personal Property |

| | | | |
|---|---|---|---|
| | DOB: ██/1966 | | |
| 2. | Baker, Island<br><br>SSN: ███████<br><br>LexID: 0001-1609-3702<br><br>DOB: ██/1923 | ████████<br><br>Orlando, FL 32805-5118 | Personal Property |
| 3. | Caireli Davila, Claudia Valentina<br><br>SSN: ███████<br><br>LexID: 1921-2008-3157<br><br>DOB: ██/2000 | ████████<br><br>Orlando, FL 32809-5913<br><br>407-801-5439 | Associate |
| 4. | Chambers, Kristy Twanna<br><br>SSN: ███████<br><br>LexID: 0004-1127-3992<br><br>DOB: 07/1977 | ████████<br><br>Tallahassee, FL 32312-3628 | Associate |
| 5. | Cummings, Brian Joy Sr<br><br>SSN: ███████<br><br>LexID: 0005-5109-3983<br><br>DOB: ██/1958 | ████████<br><br>Smyrna, DE 19977-3953 | Possible Roommate |
| 6. | Green, Charles Joseph<br><br>SSN: ███████<br><br>LexID: 0009-8818-2136<br><br>DOB: 1972 | ████████<br><br>New Orleans, LA 70114-5712 | Associate |
| 7. | Green, Gelinda Monica<br><br>SSN: ███████<br><br>LexID: 0009-8820-6675<br><br>DOB: ██/1968 | ████████<br><br>Memphis, TN 38127-4553 | Associate |
| 8. | Jordan, Heather Camille<br><br>SSN: ███████<br><br>LexID: 0001-5193-1214 | ████████<br><br>Orlando, FL 32817-4872 | Associate |

| | | | |
|---|---|---|---|
| | DOB: █/1966 | | |
| 9. | Kent, Devonne Antronique<br><br>SSN █████<br><br>LexID: 0006-3281-0511<br><br>DOB: █/1976 | ██████████<br><br>Lutz, FL 33549-5755 | Associate |
| 10. | Medice, Vonika Theresa<br><br>SSN: ██████<br><br>LexID: 0016-9442-9765<br><br>DOB: █/1977 | ██████████<br><br>Cypress, TX 77429-4950 | Associate |
| 11. | Medice, Veronica Smith<br><br>SSN: ██████<br><br>LexID: 0016-9553-1364<br><br>DOB: █/1951 | ████████<br><br>New Orleans, LA 70114-1403 | Associate |
| 12. | Obiekwe, Stephen U<br><br>SSN: ██████<br><br>LexID: 0018-6191-6301<br><br>DOB: █/1959 | ██████████<br><br>Woodstock, GA 30189-6797 | Associate |
| 13. | Richardson, Irvin O<br><br>SSN: ██████<br><br>LexID: 0021-4047-8313<br><br>DOB: █/1966 | ████████<br><br>Cordova, TN 38016-4076 | Associate |
| 14. | Richardson, Tonika Kentrell Angeliq<br><br>SSN: ██████<br><br>LexID: 0009-9192-1626<br><br>DOB: █/1987 | ████████████<br><br>Orlando, FL 32822-2513 | Associate |
| 15. | Riggins, Draper Ju Vauine<br><br>SSN: ██████<br><br>LexID: 0021-4747-3947 | ██████████<br><br>Houston, TX 77095-5094 | Associate |

Theresa_Smith

| | | | |
|---|---|---|---|
| | DOB: ▇/1976 | | |
| 16. | Stewart, Byron Alonzo<br><br>SSN: ▇▇▇▇<br><br>LexID: 0003-4362-3473<br><br>DOB: ▇/1960 | ▇▇▇▇▇▇<br><br>Baton Rouge, LA 70816-2280 | Associate |
| 17. | Stewart, Alonzo G<br><br>SSN: ▇▇▇▇<br><br>LexID: 2369-4006-7554<br><br>DOB: ▇/1960 | ▇▇▇▇▇<br><br>Baton Rouge, LA 70810-2645 | Associate |
| 18. | Stewart, Celeste Marie<br><br>LexID: 2384-5726-1347<br><br>DOB: 2002 | ▇▇▇▇▇▇<br><br>Saint Louis, MO 63110-2453 | Associate |
| 19. | Williams, Charles D<br><br>SSN ▇▇▇▇<br><br>LexID: 0027-1675-0432<br><br>DOB: ▇/1963 | ▇▇▇▇▇▇▇<br><br>Orlando, FL 32822-2081 | Possible Roommate |
| 20. | Williams, Calvin Anthony<br><br>SSN: ▇▇▇▇<br><br>LexID: 0027-1476-5632<br><br>DOB: ▇/1949 | ▇▇▇▇▇▇▇<br><br>New Orleans, LA 70131-6942 | Associate |
| 21. | Williams, Rita V D<br><br>LexID: 1822-7693-9536 | ▇▇▇▇▇<br><br>New Orleans, LA 70114-2818 | Associate |
| 22. | Woods, Travonda Ineka<br><br>SSN: ▇▇▇▇<br><br>LexID: 0027-6489-9039<br><br>DOB: ▇/1973 | ▇▇▇▇▇▇<br><br>St Paul, TX 75098 | Associate |
| 23. | Woods, Toshei Ayunn<br><br>SSN: ▇▇▇▇ | ▇▇▇▇▇<br><br>New Orleans, LA 70131-2228 | Associate |

Theresa_Smith

| LexID: 0027-6456-6973 |  |  |
|---|---|---|
| DOB: ■/1972 |  |  |

## Neighbors - 0 records found

## Business Connections - 7 records found

| No. | Name | Address | Title |
|---|---|---|---|
| 1. | THE TRAVEL GODDESS | 7228 Clarcona Ocoee Rd<br>Clarcona, FL 32710-2000 | Owner |
| 2. | FLORIDA CONSORTIUM OF BLACK BUSINESSES, INC. | 1339 W Colonial Dr<br>Orlando, FL 32804-7133 | Secretary |
| 3. | CENTER FOR WOMEN AND CHILDREN AT RISK, INC. | 13515 Gospel Way<br>Houston, TX 77085-1477 | Director |
| 4. | CIRCLES OF SUCCESS | PO Box 681178<br>Orlando, FL 32868-1178 | Owner |
| 5. | CIRCLES OF SUCCESS | PO Box 681178<br>Orlando, FL 32868-1178 | Owner |
| 6. | PATHWAYS TO SUCCESS | PO Box 681178<br>Orlando, FL 32868-1178 | Owner |
| 7. | PATHWAYS TO SUCCESS | PO Box 681178<br>Orlando, FL 32868-1178 | Owner |

## Possible Employers - 8 records found.

| No. | Name | Address | Phone |
|---|---|---|---|
| 1. | THE TRAVEL GODDESS | 7228 Clarcona Ocoee Rd Unit 391<br>Clarcona, FL 32710-1200 |  |

**Details**

Name: Smith, Theresa

SSN: ■■■■■■

LexID: 0001-1828-9359

BusinessId: 005582182188

Date First Seen: 03/24/2024

Theresa_Smith

Date Last Seen: 03/24/2024

Confidence Level: Medium

| 2. | ISLAND 3 LLC | PO Box 607233<br><br>Orlando, FL 32860-7233 | 407-299-9494 |
|----|--------------|---------------------------------------------|--------------|

**Details**

Name: Baker, Theresa

SSN: ███████

LexID: 0001-1828-9359

BusinessId: 001949044868

FEIN: 208596570

Company Time Zone: EST

Title: MS

Date First Seen: 12/05/2016

Date Last Seen: 08/01/2024

Confidence Level: High

| 3. | FLORIDA CONSORTIUM OF BLACK BUSINESSES, INC. | 1339 W Colonial Dr<br><br>Orlando, FL 32804-7133 | |
|----|-----------------------------------------------|--------------------------------------------------|--|

**Details**

Name: Baker, Theresa

SSN: ███████

LexID: 0001-1828-9359

BusinessId: 003237488903

Title: SECRE

Date First Seen: 02/16/2012

Date Last Seen: 02/16/2012

Confidence Level: High

| 4. | CIRCLES OF SUCCESS | PO Box 681178 | |
|----|--------------------|---------------|--|

|   |   | Orlando, FL 32868-1178 |   |
|---|---|---|---|

**Details**

Name: Baker, Theresa S

SSN: ███████

LexID: 0001-1828-9359

BusinessId: 000035365619

Title: CONTACT

Date First Seen: 02/25/2002

Date Last Seen: 03/01/2002

Confidence Level: High

| 5. | PATHWAYS TO SUCCESS | PO Box 681178<br><br>Orlando, FL 32868-1178 |   |
|---|---|---|---|

**Details**

Name: Baker, Theresa

SSN: ███████

LexID: 0001-1828-9359

BusinessId: 000063739845

Date First Seen: 03/03/2001

Date Last Seen: 08/21/2003

Confidence Level: High

| 6. | FIRS |   |   |
|---|---|---|---|

**Details**

Name: Smithbaker, Theresa A

SSN: ███████

LexID: 0001-1828-9359

Confidence Level: Medium

| 7. | HRS |   |   |
|---|---|---|---|

**Details**

Name: Smithbaker, Theresa A

SSN: ▉▉▉▉▉▉▉

LexID: 0001-1828-9359

Confidence Level: Medium

| 8. | SPRINT | | |

**Details**

Name: Smithbaker, Theresa A

SSN: ▉▉▉▉▉▉▉

LexID: 0001-1828-9359

Title: SMALL BUS REP

Confidence Level: Medium

## Business Associates - 8 records found.

| No. | Name | Address | Role |
|-----|------|---------|------|
| 1. | C.S HANSLEY LAW FIRM, LLC | 835 Executive Ln Ste 110 <br><br> Rockledge, FL 32955-8068 | Bankruptcy |
| 2. | BAKER ISLAND | 6532 Abbeydale Ct <br><br> Orlando, FL 32818-8849 | Real Property |
| 3. | FAIRWINDS CREDIT UNION | | Personal Property |
| 4. | FLORIDA CENTRAL CREDIT UNION | | Personal Property |
| 5. | WFS FINANCIAL INC | | Personal Property |
| 6. | DEPARTMENT HOUSING & URBAN DEVELOPMENT | | Real Property |
| 7. | DEPT HOUSING & URBAN | | Real Property |
| 8. | GIL INCORPORATED | | Real Property |

## Sources (454 sources)

| All Sources | 454 Source Documents |
|-------------|----------------------|
| Bankruptcy Records | 2 Source Documents |
| Corporate Affiliations | 1 Source Documents |

Theresa_Smith

| Criminal | REDACTED |
|---|---|
| Deed Transfers | 25 Source Documents |
| Driver Licenses | 19 Source Documents |
| Email Addresses | 32 Source Documents |
| Fictitious Business Names Records | 5 Source Documents |
| Historical Person Locator | 100 Source Documents |
| Motor Vehicle Registrations | 16 Source Documents |
| Person Locator 1 | 36 Source Documents |
| Person Locator 2 | 1 Source Documents |
| Person Locator 4 | 1 Source Documents |
| Person Locator 5 | 79 Source Documents |
| Person Locator 6 | 89 Source Documents |
| Phone | 1 Source Documents |
| PhonesPlus Records | 9 Source Documents |
| Student Locator | 1 Source Documents |
| Tax Assessor Records | 19 Source Documents |
| Voter Registrations | 9 Source Documents |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further.

🔑 Moderate Risk Indicator. These symbols may prompt you to investigate further.

💬 General Information Indicator. These symbols inform you that additional information is
provided.

✔ The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have
errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from
defect. This system should not be relied upon as definitively accurate. Before relying on any
data this system supplies, it should be independently verified. For Secretary of State documents,
the following data is for information purposes only and is not an official record. Certified copies
may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer
Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.