EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THERESA SMITH,

   Plaintiff,

v.                                                                    Case No. 6:25-CV-00017-ACC-DCI

FRONTIER AIRLINES, INC.,

   Defendant.
_____

## DECLARATION OF ANTONIO GARCIA

I, Antonio Garcia, make the following Declaration under penalty of perjury pursuant to the laws of the United States.

1. I am over eighteen (18) years of age, of sound mind, and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts set forth in this Declaration, or I have knowledge of such facts based on my review of Frontier Airlines, Inc. ("Frontier") business records and files. This Declaration is given voluntarily for use in the above styled matter, and for all lawful purposes.

2. I am currently employed by Frontier as Director, Talent.

3. Frontier's Candidate Detail records for Ms. Smith's applications to the Regional Manager, Airport Customer Service position that she applied to on January 20, 2021 is attached hereto as Exhibit 1, and Frontier's Candidate Detail record for

Ms. Smith's application to the Inflight Base Supervisor (TPA) position that she applied to on February 14, 2021, is attached hereto as Exhibit 2.

4.  These documents come from Frontier's application within the UKG recruiting software utilized by Frontier.

5.  Once an applicant clicks "Apply" on Frontier's Careers webpage, the applicant is taken directly to the initial part of the application to upload their document(s), including their resume, and fill out information regarding their work experience, education, licenses and certifications, skills, behaviors, motivations, and references.

6.  All the questions listed under "Application Questions" are pre-chosen questions inputted by the Frontier recruiter for the position, which are answered by the applicant.

7.  The box on page 1 of Exhibits 1 and 2 to this Declaration addressing "Applied," "Referred By," "Job Board," "Current Step," "Process Phase," "Assessment," "Score," and "Source" can only be seen by the Frontier internal HR recruiting team for the position, and the applicant does not have access to this information or results. If an applicant is declined for the position, the applicant would only receive an email informing the applicant that Frontier is moving forward with other applicants.

2

**Error! Unknown document property name.**

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 21, 2025.

_____
ANTONIO GARCIA

**Error! Unknown document property name.**

# EXHIBIT 1

# Theresa A Smith  Inactive employee

Theresa.Smith@flyfrontier.com
4072300765
7228 CLARCONA Ocoee Rd, #391, Clarcona, Florida 32710 United States | Willing to Relocate
Flight Operations | Inflight | Flight Attendant | MCOABUSFA

## Regional Manager, Airport Customer Service (Closed)
REGIO02123

| | |
|---:|:---|
| Applied | 01/20/2021 |
| Referred By | Theresa Smith |
| Job Board | Internal Job Board |
| Current Step | Decline as of 01/25/2021 |
| Process Phase | Decline |
| Assessment | Strongest Match |
| Score | N/A |
| Source | I am a Current Employee |

## Work Experience

Guide and assist for safety and comfort to passengers at EAP Representative, Frontier Airlines

2018 - Current

Conduct pre-flight safety checks.*Greet and communicate with guests.*Present emergency equipment and instruct on proper usage. *Refer flight a endants to appropriate resources when faced with life and work challenges.

Field Supervisor at US Census Bureau

May 2020 - December 2020

*Interviewed applicants to determine team placement. *Directly monitored progress and performance of Enumerators. *Ensured the quality of work is maintained and completed within required deadlines. *Provided direct training as needed to ensure competency.

Hearings Officer at Department of Economic Opportunity

March 2009 - March 2017

Florida Re-Employment Claims Representa ve *Review claims to determine eligibility for re-employment assistance benefits.* Interview employers and employees to determine claim eligibility. *Applied Florida Law to determine probability of appeal status. Served as lead in direct supervisor's absence.

Independent Licensed Insurance Agent at Self Employed

January 2003 - March 2009

*Utilized referrals, phone calls, mailings, and other forms of adver sing to generate new customers. *Processed the paperwork to enroll customers in policies and calculate premiums. *Explained insurance policies to customers and assisted in customizing policies to fit their needs.

Lead Investigator at State of Florida

October 1994 - October 2003

gator *Investigated cases of abuse, neglect, abandonment, and exploitation on of children, the elderly, and disabled adults. *Trained and supervised new employees.*Referred par es to services as needed.*Represented the Department at all stages of court hearings.*Specialized in services in the drug-addictions unit. Ac vi es and Honors **Spouse Abuse Volunteer **BLSA Scholar **Delta Theta Phi Member **Delta Sigma Theta Sorority Life Member **Tee Lo Board Member **Ci zens Review Board Member**Agency for Persons with Disabili es Board Member**YMCA Board Member**EAP Representa ve

## Education

Southern University

Graduated 1992
Juris Doctor

Dillard University

Graduated 1988
Bachelor of Science

## Licenses & Certifications

## Skills

**Claims** Expert     **Ac** Expert     **Eap** Expert     **Flight safety** Advanced     **Greet** Advanced

**Training** Some Knowledge     **Juris doctor** Novice     **Juris doctorate** Novice     **Public health** Novice

## Behaviors

## Motivations

## Documents

| File Name | Document Type | Description |
|---|---|---|
| **File Name**<br>📄 res21 (1).pdf<br>*Uploaded by Theresa Smith* | Resume | |

## References

Candidate has not completed any references.

---

## Application Questions

*How did you hear about this opportunity?*
I am a Current Employee

*Were you referred by a current employee?*
Name
Theresa Smith

*When can you start?*
January 31, 2021

*Why are you interested in this position with Frontier Airlines?*
I am a high motivated dedicated employee at F9 seeking to offer my skills and ability to expand progress within the organization.

*Why are you seeking a new opportunity?*
I possess proven ability for delivering outstanding and safe operational performance, customer service, and financial performance as a result of mu inner drive and professional experience.

*Describe how your knowledge, skills, and work experience relate to this position.*
My direct work experience as well as personal ability qualify me for this position.

*Are you willing to relocate? (if applicable)*
Yes

*Are you legally authorized to work in the United States?*
⊖ Yes
  No

*Do you now, or will you in the future, require sponsorship to legally work in the United States?*
  Yes
⊖ No

*Have you ever worked for Frontier Airlines in the past?*
⊖ Yes
  No

*If you answered yes that you have previously been employed by Frontier, please detail your job title(s), date(s) of employment, and reason(s) for leaving.*
Currently Employed

*What are your salary expectations for the position for which you have applied? (In USD Example: $20,000.00/yr or $20.00 per hour)*
$40 per hour

*Are you able to work a variety of shifts to support the needs of the business?*
Yes

*Being bilingual in Spanish is a plus. Are you fluent in Spanish?*
No, but willing to learn.

*If selected, what is your availability to interview?*
Please review my schedule. Anytime around my days off 429435

# EXHIBIT 2

# Theresa A Smith  Inactive employee

Theresa.Smith@flyfrontier.com
4072300765
7228 CLARCONA Ocoee Rd, #391, Clarcona, Florida 32710 United States | Willing to Relocate
Flight Operations | Inflight | Flight Attendant | MCOABUSFA

## Inflight Base Supervisor (TPA) (Closed)
INFLI02207

| | |
|---:|---|
| Applied | 02/14/2021 |
| Job Board | Internal Job Board |
| Current Step | Decline as of 02/19/2021 |
| Process Phase | Decline |
| Assessment | Strongest Match |
| Score | N/A |
| Source | I am a Current Employee |

## Work Experience

Flight Attendant/EAP-Pro Standards Representative at Frontier Airlines

September 2018 - Current

Conduct pre-flight safety checks.*Greet and communicate with guests.*Present emergency equipment and instruct on proper usage. *Refer flight attendants to appropriate resources when faced with life and work challenges. Serve as liaison for Flight Attendants and provide referrals related work-life balance issues.

Field Supervisor at US Census Bureau

March 2020 - November 2020

*Interviewed applicants to determine team placement. *Directly monitored progress and performance of Enumerators. *Ensured the quality of work is maintained and completed within required deadlines. *Provided direct training as needed to ensure competency.*Ensured policy compliance.

Hearings Officer at Department of Economic Opportunity

October 2009 - March 2017

Florida Re-Employment Claims Representa ve *Review claims to determine eligibility for re-employment assistance benefits.* Interview employers and employees to determine claim eligibility. *Applied Florida Law to determine probability of appeal status. Served as lead in direct supervisor's absence.

Independent Licensed Insurance Agent at Self Employed

January 2003 - September 2009

*U lized referrals, phone calls, mailings, and other forms of adver sing to generate new customers. *Processed the paperwork to enroll customers in policies and calculatepremiums. *Explained insurance policies to customers and assisted in customizing policies to fit their needs.

Lead Investigator at State of Florida

1994 - October 2003

gator *Inves gated cases of abuse, neglect, abandonment, and exploita on of children, the elderly, and disabled adults. *Trained and supervised new employees.*Referred par es to services as needed.*Represented the Department at all stages of court hearings.*Specialized in services in the drug-addic ons unit. Ac vi es and Honors **Spouse Abuse Volunteer **BLSA Scholar **Delta Theta Phi Member **Delta Sigma Theta Sorority Life Member **Tee Lo Board Member **Ci zens Review Board Member**Agency for Persons with Disabili es Board Member**YMCA Board Member**EAP Representa ve

## Education

Southern University

Graduated 1992
Juris Doctor

Dillard University

Graduated 1988
Bachelor of Science

## Licenses & Certifications

## Skills

**Claims** Expert   **Ac** Expert   **Eap** Expert   **Flight safety** Advanced   **Greet** Advanced

**Training** Some Knowledge   **Juris doctor** Novice   **Juris doctorate** Novice   **Public health** Novice

## Behaviors

**Functional Expert**

## Motivations

**Ability to Make an Impact**

## Documents

| File Name | Document Type | Description |
|---|---|---|
| **File Name**<br>📄 res21 (1).pdf<br>*Uploaded by Theresa Smith* | Resume | |

## References
*Candidate has not completed any references.*

## Application Questions

*How did you hear about this opportunity?*
I am a Current Employee

*When can you start?*
February 28, 2021

*Describe how your knowledge, skills and work experience relate to this position*
I have direct experience in supervision where I have utilized my management , analytical skills to ensure employee compliance to implement common goals.

*Do you have Management or leadership experience? If yes, how many direct reports have you managed?*
I have over 10 years experience with a direct reports of 200 plus employees.

*Why are you interested in this position with Frontier Airlines?*
My goal is to continue implementing the company's vision and ensure long term goals are met.

*Why do you want to leave your current employer?*
Currently employed with F9.

*Have you ever worked for Frontier Airlines in the past?*
- ⊖ Yes
- No

*If you answered yes that you have previously been employed by Frontier, please detail your job title(s), date(s) of employment, and reason(s) for leaving.*
Current

*Have you earned a high school diploma or equivalent?*
- ⊖ Yes
- No

*What are your salary expectations for the position for which you have applied? (In USD Example: $20,000.00/yr or $20.00 per hour)*
$60,000

*Do you now, or will you in the future, require sponsorship to legally work in the United States?*
- Yes
- ⊖ No

*Are you willing to relocate to Orlando FL if applicable?*
- ⊖ Yes
- No