# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

THERESA SMITH,

    Plaintiff,

v.                    CASE NO.: 6:25-cv-17-ACC-DCI

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF NO OBJECTION TO DEFENDANT'S NOTICE OF REMOVAL AND JURISDICTION REMAINING IN THIS COURT

    Plaintiff hereby files this Notice of No Objection to the Defendant's Notice of Removal and Jurisdiction Remaining in this Court. Plaintiff believes that her damages are greater than Seventy-Five Thousand Dollars and she is a citizen and resident of the State of Florida.

    I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF service only to all counsel of record this 4th day of February, 2025.

1

Respectfully submitted,

/s/ Katherine Viker
Katherine Viker, Esquire
Florida Bar No.: 538531
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
katherine@mattoxlaw.com
shannon@mattoxlaw.com

**ATTORNEYS FOR PLAINTIFF,**
Theresa Smith