# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| THERESA SMITH, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 6:25-CV-00017-ACC-DCI |
| FRONTIER AIRLINES, INC., | OPPOSED |
| Defendant. | |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to M.D. Fla. Local Rule 3.01(j), Defendant, Frontier Airlines, Inc. ("Frontier" or "Defendant") respectfully requests that the Court grant oral argument on Defendant's Motion to Dismiss Plaintiff's Complaint.

Defendant submits that oral argument on the motion would be beneficial to the Court because it would allow a fuller exploration of the facts and law regarding whether Plaintiff exhausted her administrative remedies in this matter. Defendant estimates that forty-five (45) minutes, inclusive of both sides, will be needed for oral argument.

Plaintiff opposes this motion, stating that the arguments are properly covered in the briefs and there is nothing more to add by oral argument.

4907-4183-9899

DATED this 14th day of February, 2025.    *s/Janell M. Ahnert*
Janell M. Ahnert (FL Bar 0123161)
jahnert@littler.com
LITTLER MENDELSON, P.C.
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone: 205.421.4700
Facsimile: 205.421.4699

Counsel for Defendant Frontier Airlines, Inc.

2

4907-4183-9899

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2025, I electronically filed the foregoing using the Court's CMECF e-filing system and that a true and correct copy of the foregoing was served by email upon the following:

Marie A. Mattox
Katherine Viker
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
marie@mattoxlaw.com
katherine@mattoxlaw.com
marlene@mattoxlaw.com
michelle@mattoxlaw.com
shannon@mattoxlaw.com

                                              *s/Janell M. Ahnert*
                                              OF COUNSEL

4907-4183-9899