UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THERESA SMITH,

    Plaintiff,

    v.                                    CASE NO.: 6:25-cv-17-ACC-DCI

FRONTIER AIRLINES, INC.,

    Defendant.
_____

**NOTICE OF MEDIATION**
**VIA VIDEO-CONFERENCE**
**ZOOM**

TO:  Reed Russell, Esq.
       Matthew Scott Perez, Esq.
       Phelps Dunbar, LLP
       100 S Ashley Dr Ste 2000
       Tampa, FL 33602-5315

    PLEASE TAKE NOTICE that mediation has been scheduled in the above case for **June 13, 2025**, beginning at the hour of **10:00 a.m. ET** in the office of Scott Callen, Esq., Certified Circuit Civil Mediator, via zoom.

    In compliance with the Americans with Disabilities Act of 1990, you are hereby notified that if you require special accommodations due to a disability, contact Scott Callen at (850) 702-5798, no later than seven (7) days prior to the date your appearance is required pursuant to this notice to ensure that reasonable accommodations are available.

    PLEASE GOVERN YOURSELF ACCORDINGLY.

                                             Respectfully submitted,

/s/ Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
Primary Email: marie@mattoxlaw.com
Secondary Email: michelle@mattoxlaw.com
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the CMECF only this 11th day of March 2025, which will send Notification of Electronic Filing to all counsel of record.

s/ Marie A. Mattox
Marie A. Mattox

cc: Scott Callen