# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**THERESA SMITH,**

    Plaintiff,

v.

**FRONTIER AIRLINES, INC.,**

    Defendant.

Case No. 6:25-CV-00017-ACC-DCI

## JOINT MOTION TO CONDUCT MEDIATION BY ZOOM

Pursuant to the Minute Order entered on February 27, 2025, Plaintiff Theresa Smith ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Frontier"), respectfully request permission to conduct mediation in the above-captioned case by Zoom, stating as follows:

1. On February 27, 2025, the Court entered a Case Management and Scheduling Order, requiring the parties to mediate this case by October 23, 2025, and ordering that "Designated Lead Counsel . . . contact opposing counsel, select a mediator off the court's approved list of mediators . . . contact selected mediator . . . and file a notice with the court within 14 days . . . advising the court of the selected mediator and mediation date." ECF #19.

2. Respective counsel for the parties conferred and agreed to schedule mediation with Scott Callen, Esq. for June 13, 2025, by Zoom.

3. On March 11, 2025, counsel for Plaintiff filed a Notice of Mediation, representing that mediation is scheduled to take place on June 13, 2025, with Mediator Callen.[1] *See* ECF #21.

4. The parties respectfully request the Court's permission to conduct mediation remotely, appearing by Zoom.

5. Mediator Callen is based in Tallahassee, Florida.

6. However, the Frontier representative who will be attending mediation resides in Sarasota, Florida, and travels to Frontier headquarters, located in Denver, Colorado, most weeks.

7. In addition, Lead Counsel for Frontier, Janell Ahnert, is based in Birmingham, Alabama.

8. Thus, requiring mediation to be conducted in-person would require Frontier and its counsel to travel, unnecessarily incurring additional time and expense, resources which could be put towards the resolution of this case.

9. Designated Lead Counsel for Plaintiff also prefers that the mediation be conducted by Zoom.

10. In addition, Mediator Callen consents to the parties appearing remotely (e.g., by Zoom) for the scheduled mediation.

---

[1] The Notice is addressed to attorneys with Phelps Dunbar, LLP who do not represent Frontier in this matter, and does not otherwise identify the correct counsel for Frontier. *See* ECF #21.

11. No parties will be prejudiced by counsel appearing telephonically and, in fact, remote appearances will conserve resources and time for all parties. *See, e.g., Dunn-Fischer v. District School Bd. Of Collier County*, 2010 U.S. Dist. LEXIS 98253, 2010 WL 3522215 *1 (M.D. Fla. Sept. 7, 2010) ("The use of telephonic hearings and conferences are encouraged by the Court where they are feasible.").

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter an Order, permitting the mediation with Scott Callen, Esq. scheduled to take place on June 13, 2025, to be conducted remotely (e.g., via Zoom).

Respectfully submitted this 17th day of March, 2025.

| | |
|---|---|
| *s/ Katherine L. Viker* | *s/ Janell M. Ahnert* |
| Katherine L. Viker | Janell M. Ahnert |
| Marie A. Mattox | LITTLER MENDELSON, P.C. |
| MATTOX LAW FIRM | 420 20th Street North, Suite 2300 |
| 203 North Gadsden Street | Birmingham, AL 35203-3204 |
| Tallahassee, FL 32301 | (205) 421-4784 |
| 850-383-4800 | jahnert@littler.com |
| katherine@mattoxlaw.com | |
| marie@mattoxlaw.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Janell M. Ahnert*
OF COUNSEL