UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THERESA SMITH,

    Plaintiff,

    v.                     CASE NO.: 6:25-cv-17-ACC-DCI

FRONTIER AIRLINES, INC.,

    Defendant.
_____

### AMENDED NOTICE OF MEDIATION
### VIA VIDEO-CONFERENCE
### ZOOM

TO:   **Janell M. Ahnert, Esq.**
       Littler Mendelson
       Shipt Tower
       420 20th Street North
       Suite 2300
       Birmingham, AL 35203

    PLEASE TAKE NOTICE that mediation has been scheduled in the above case for **June 13, 2025**, beginning at the hour of **10:00 a.m. ET** in the office of Scott Callen, Esq., Certified Circuit Civil Mediator, via zoom.

    In compliance with the Americans with Disabilities Act of 1990, you are hereby notified that if you require special accommodations due to a disability, contact Scott Callen at (850) 702-5798, no later than seven (7) days prior to the date your appearance is required pursuant to this notice to ensure that reasonable accommodations are available.

    PLEASE GOVERN YOURSELF ACCORDINGLY.

1

        Respectfully submitted,

        /s/ Marie A. Mattox
        Marie A. Mattox [FBN 0739685]
        MARIE A. MATTOX, P.A.
        203 North Gadsden Street
        Tallahassee, Florida 32301
        Primary Email: marie@mattoxlaw.com
        Secondary Email: michelle@mattoxlaw.com
        (850) 383-4800 (telephone)
        (850) 383-4801 (facsimile)

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the CMECF only this 4th day of April 2025, which will send Notification of Electronic Filing to all counsel of record.

        s/ Marie A. Mattox
        Marie A. Mattox

cc: Scott Callen