# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| THERESA SMITH, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER AIRLINES, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> 6:25-CV-00017-ACC-DCI |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXTEND RESPONSIVE PLEADING DEADLINE

Pursuant to Fed. R. Civ. P. 6(b), Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") respectfully moves the Court for a two-week extension of time to file a response to Plaintiff's Amended Complaint, until May 12, 2025. In support of this motion, Defendant states as follows:

1. Plaintiff filed her Amended Complaint on April 15, 2025. [Doc. 28].

2. Defendant's responsive pleading to Plaintiff's Amended Complaint is currently due on April 28, 2025.

3. Undersigned counsel conferred with Plaintiff's counsel on April 22, 2025. Plaintiff's counsel agreed to a two-week extension of the responsive pleading deadline, until May 12, 2025.

4. Counsel for Defendant's elderly father has been unexpectedly

hospitalized in Kansas for complications following surgery. Counsel is flying to Kansas on April 23, 2025 to assist with the medical care for her father. Counsel does not know on what date she will return to the office, but it will be on or after the current deadline of April 28, 2025.

5. This motion is not sought for any improper purpose. Plaintiff will not be prejudiced by the two-week extension requested by Defendant. Moreover, this extension will not impact any of the current scheduling deadlines.

WHEREFORE, Defendant respectfully requests that this Court enter an Order extending the time for Defendant to file a responsive pleading to Plaintiff's Amended Complaint to May 12, 2025.

### RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies she has conferred with Plaintiff's counsel in a good faith effort to resolve the issue raised in this motion and opposing counsel does not object to Defendant's request for an extension.

> *s/ Janell M. Ahnert*
> Janell M. Ahnert (FL Bar 0123161)
> jahnert@littler.com
> **LITTLER MENDELSON, P.C.**
> 420 20th Street North, Suite 2300
> Birmingham, AL  35203-3204
> Telephone: 205.421.4700
> Facsimile: 205.421.4699
>
> Counsel for Defendant Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this the 23rd day of April 2025, by electronically filing the same with the CMECF e-filing system, which will send electronic notice of same to the following:

Marie A. Mattox
Katherine Viker
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
marie@mattoxlaw.com
katherine@mattoxlaw.com
marlene@mattoxlaw.com
michelle@mattoxlaw.com
shannon@mattoxlaw.com

*s/ Janell M. Ahnert*
OF COUNSEL
